IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

KEITH HENDERSON,

    Petitioner,

v.                                                                                        CASE NO. 5:14cv215/RS/EMT

WARDEN QUINN, et al.,,

    Respondents.
_____/

## ORDER

    Before me is the Magistrate Judge's Report and Recommendation (Doc. 6). No objections were filed. I have reviewed the report and recommendation *de novo*.

    **IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. The clerk is directed to transfer this case to the United States District Court for the Southern District of Georgia.

**ORDERED** on October 15, 2014.

                                                **/s/ Richard Smoak**
                                                **RICHARD SMOAK**
                                                **UNITED STATES DISTRICT JUDGE**